UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHARLES KINNEY,                          )
                                         )
          Plaintiff,                     )
                                         )
     vs.                                 )          Case No.   4:05CV02241 AGF
                                         )
STEVENS APPLIANCE TRUCK CO.,             )
et al.,                                  )
                                         )
          Defendants.                    )

## ORDER

    **IT IS HEREBY ORDERED** that Defendant W. W. Grainger, Inc.'s motion

[Doc. #33] for leave to file an answer out of time and for leave to file a consent to

removal is **GRANTED**.  This in no way affects whether the consent to removal is timely

for jurisdictional purposes.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of February, 2006.